**FONAR CORPORATION,**
**Plaintiff/Respondent,**

v.

**Dr. Edward L. EYERMAN, Jr.,**
**Defendant/Appellant,**

**and**

**Mid–Western Medical Leasing of St. Louis, Inc., Intervenor/Appellant.**

**No. 67180.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Nov. 14, 1995.

Anthony G. Tumminello, Tumminello & Associates, St. Louis, for appellant.

Rollin J. Moerschel, V. Scott Williams, St. Charles, for respondent.

Before AHRENS, P.J., and PUDLOWSKI and GRIMM, JJ.

## ORDER

In this court tried case, defendant and intervenor appeal from the trial court's judgment in favor of plaintiff on all counts. Plaintiff sued defendant on a promissory note signed by defendant. Defendant counterclaimed and appellant Mid–Western Medical Leasing intervened, both claiming defendant should be released from the promissory note and an additional $30,000 paid to plaintiff by intervenor should be returned.

The trial court's judgment in this case is supported by substantial evidence and is not against the weight of the evidence. *Murphy v. Carron,* 536 S.W.2d 30, 32 (Mo. banc 1976). A written opinion would have no precedential value and would serve no jurisprudential purpose. The parties have been furnished with a memorandum opinion for their information explaining the reasons for this order. The

judgment of the trial court is affirmed in compliance with Rule 84.16(b).